# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 28, 2017

## NO. 03-17-00018-CV

**Maria Hernandez, Appellant**

**v.**

**Antonio Hernandez, Appellee**

## APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, FIELD AND BOURLAND
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on November 2, 2016. Having reviewed the record, the Court holds that appellant has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.